# United States Court of Appeals for the Federal Circuit

---

February 4, 2011

**ERRATA**

---

Appeal No. 2010-1266

**WIAV SOLUTIONS LLC,**
*Plaintiff-Appellant,*

v.

**MOTOROLA MOBILITY, INC.,**
*Defendant-Appellee,*

**and**

**NOKIA CORPORATION and NOKIA INC.,**
*Defendants-Appellees,*

**and**

**PALM, INC.,**
*Defendant-Appellee,*

**and**

**MINDSPEED TECHNOLOGIES, INC.,**
*Defendant-Appellee,*

**and**

**SONY ERICSSON MOBILE COMMUNICATIONS AB**
**and**
**SONY ERICSSON MOBILE COMMUNICATIONS**
**(USA), INC.,**
*Defendants-Appellees,*

**and**

**PERSONAL COMMUNICATIONS DEVICES LLC
and
PERSONAL COMMUNICATIONS DEVICES
HOLDINGS, LLC,
and UTSTARCOM, INC.,**
*Defendants-Appellees.*

_____

Decided:  December 22, 2010
Precedential Opinion

_____

Please make the following change:

Page 8, line 6, delete "Conexant's"